UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RASHIEM STEPHENS,

       Plaintiff,                             Case No. 26-cv-11791
                                          Hon. Matthew F. Leitman

v.

EQUIFAX INFORMATION
SERVICES LLC, et al.,

       Defendants.
_____/

## <u>ORDER REQUIRING LOCAL COUNSEL</u>

Local Rule 83.20(f)(1) requires a member of the bar of this court, who appears as attorney of record in the district court, and is not an active member of the State Bar of Michigan, to specify as local counsel a member of the bar of this court with an office in the district. Local counsel must then enter an appearance and have the authority and responsibility to conduct the case if non-local counsel does not do so. A review of the court record reveals that Plaintiff does not currently satisfy this requirement.

Accordingly, **IT IS HEREBY ORDERED** that within 14 days of this order, Plaintiff must (1) show proof of current counsel's active membership with the State Bar of Michigan, or (2) have local counsel file an appearance with this court.

     **IT IS SO ORDERED**.

                                     /s/Matthew F. Leitman
                                     MATTHEW F. LEITMAN
                                     UNITED STATES DISTRICT JUDGE

Dated:  July 7, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126